IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J. Steven Manning, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-03190 |
| v. | : | |
| Thomas T. Flannery, Stacey Holland, Interim Management Associates, LLC d/b/a Boyden and/or Boyden Interim Management, and Resources for Management, Inc. d/b/a Boyden and/or Boyden Global Executive Search | : | |
| Defendants. | : | |

**ORDER**

BUCKWALTER, S.J.                                                                                                        January 6, 2010

**AND NOW**, this 6th day of January, 2010, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint or in the Alternative, Transfer Venue (Docket No. 8), Plaintiff's Response filed thereto (Docket No. 9), and all other subsequent Briefs the Parties filed regarding this Motion (Docket Nos. 10, 12-14), it is hereby **ORDERED** that Defendants' Motion is **DENIED IN PART** and **GRANTED IN PART** as follows:

1.     Defendants' Motion to Dismiss for Lack of Venue is **DENIED**.

2.     Defendants' Motion to Transfer for Lack of Venue is **GRANTED**. Accordingly, this case shall be **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.